UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EDDIE K. TAYLOR,**

    Plaintiff,

vs.                                  CASE NO.: **8:12-cv-2448-AEP**

**GEICO INDEMNITY COMPANY,**

    Defendant.

---

## PLAINTIFF PROPOSED WITNESS LIST

Plaintiff, EDDIE K. TAYLOR, by his undersigned attorneys, hereby submits his witness list for trial as follows:

Plaintiff expects to call the following witnesses at trial:

    Jonathan Nicholas Denton, GEICO employee
    3535 W. Pipkin Road
    Lakeland, FL 33811

    Jerry Lee Dunning, Jr., GEICO employee
    3535 W. Pipkin Road
    Lakeland, FL 33811

    Rutledge R. Liles, Esquire
    301 W. Bay Street, Suite 1030
    Jacksonville, FL

    Jason Smith, GEICO employee
    3535 W. Pipkin Road
    Lakeland, FL 33811

    Mark Sugden, GEICO employee
    3535 W. Pipkin Road
    Lakeland, FL 33811

    Eddie K. Taylor
    712 Satsuma Avenue
    Panama City, FL 32401

**EXHIBIT C**

Plaintiff may call the following witnesses at trial, if the need arises:

    Hsiu Donnerstag
    221 S. Gay Avenue
    Panama City, FL 32404

    Ronald Donnerstag
    221 S. Gay Avenue
    Panama City, FL 32404

    Karen Hall
    255 Pin Oak Ridge
    Murphy, NC 28906-6947

    Michael Sesser, GEICO employee
    3535 W. Pipkin Road
    Lakeland, FL 33811

    Tabitha Smith, GEICO employee
    3535 W. Pipkin Road
    Lakeland, FL 33811

    Waylon Thompson, Esquire
    Manuel & Thompson
    314 Magnolia Avenue
    Panama City, FL 32401

    Hosam Kamal Zawahry, Esquire
    The Zawahry Firm, P.A.
    227 Harrison Avenue
    Panama City, FL 32401

Any and all witnesses identified by Defendant.

\* \* \* \* \*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to Dennis P. Dore, Esquire ddore@kelleykronenberg.com, and Jessica L. Lanifero jlanifero@kelleykronenberg.com.

        **MAYES LAW FIRM, P.A.**

        /s/ Robert J. Mayes
        **ROBERT J. MAYES**-Florida Bar #150115
        **JONATHAN R. MAYES**-Florida Bar #0147346
        913 Gulf Breeze Pkwy., Suite 44
        Gulf Breeze, FL 32561
        (850) 932-1962
        (850) 932-1963 Facsimile
        Email: jonathan@mayeslaw.com
                britny@mayeslaw.com
        **ATTORNEYS FOR PLAINTIFF**