UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDDIE K. TAYLOR,

    Plaintiff,

v.                                                        Case No. 8:12-cv-2448-T-AEP

GEICO INDEMNITY COMPANY,

    Defendants.
_____/

## **PRETRIAL ORDER**

This cause came before the Court for a final pretrial conference on February 17, 2015, pursuant to Fed. R. Civ. P. 16(d) and Local Rule 3.06. Upon review of the parties' Joint Second Amended Pretrial Statement (Dkt. No. 79), it is hereby

ORDERED:

1. All pleadings filed by any party prior to filing the Joint Second Amended Pretrial Statement (Dkt. No.79) shall be deemed to be merged therein. The Joint Second Amended Pretrial Statement and this Order will control the course of the trial and may not be amended, except by order of the Court, in the furtherance of justice.[1]

2. The jury trial in this case is scheduled to commence on March 2, 2015 before the undersigned at 9:30 a.m. in Tampa Courtroom 10A. The parties estimate forty-hours for the length of the trial (*See* Dkt. No. 38).

---

[1] The following motions are currently pending before the Court: Defendant's First Motion In Limine Precluding Evidence of GEICO's Claim Handling After the Donnerstags' Rejection of Its Offer to Settle and Memorandum of Law (Dkt. No. 77); Defendant's Second Motion In Limine Re Ronald Donnerstag's Military Service and Mission/Ministry Work and Memorandum of Law (Dkt. No. 78).

3. If new evidence or witnesses are discovered after the date of this Pretrial Order, any party desiring to use this new evidence or new witnesses shall immediately notify the opposing party and the Court. The introduction of such new evidence or testimony shall be permitted only by order of the Court in the furtherance of justice.

4. The use of depositions is governed by the provisions of FED. R. CIV. P. 32 and Local Rule 3.06(c)(8).

5. Any motions *in limine* or other pretrial motions must be filed no later than February 20, 2015. A hearing shall be held on February 27, 2015 at 2:30 p.m. to address the parties' motions *in limine*.

6. No objections to evidence based upon discovery issues will be considered at trial, absent Order of the Court.

7. No later than February 25, 2015, the parties shall file: (1) a concise (preferably one paragraph) joint statement of the action for presentation to the venire; (2) proposed jury instructions; (3) proposed *voir dire*; and a proposed verdict form.

8. Unless otherwise ordered, on or before seven (7) days prior to the trial date, counsel for each party shall examine the opposing party's exhibits and the parties shall arrive at any stipulations regarding the admissibility of such exhibits, the necessity of any predicate witnesses, and be prepared to announce to the Court, at the outset of the trial, such stipulations as will streamline the introduction of the evidence at trial.

9. The parties' motions to allow electronic equipment (Dkt. Nos. 73, 75) are GRANTED. The parties' motions to allow paralegals beyond the bar (Dkt. Nos. 74, 76) are GRANTED.

10. The parties shall adhere to all other previously-set pretrial deadlines absent further Order of the Court.

DONE AND ORDERED in Tampa, Florida, this 17th day of February, 2015.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record

