UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EDDIE K. TAYLOR,**

    Plaintiff,

v.    CASE NO.: 8:12-cv-2448-T-AEP

**GEICO INDEMNITY COMPANY,**

    Defendant.

_____/

## JUDGMENT IN A CIVIL CASE

It is ordered that the Plaintiff EDDIE K. TAYLOR recover from the Defendant GEICO INDEMNITY COMPANY the amount $1,120,920 ($919,220, less set off of GEICO INDEMNITY COMPANY payment of $10,000, plus prejudgment interest through April 25, 2011 of $211,700), plus interest on the principle sum of $909,220 at the rate of 6% per annum until paid, for which let execution issue. This Court shall reserve jurisdiction for the purpose of determining entitlement to and the amount of any attorney's fees and costs.

**DONE AND ORDERED** at Tampa, Florida this 6th day of May, 2015.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record